United States District Court
Southern District of Texas
**ENTERED**
February 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCUS QUALLS, | § | |
| Individually and On Behalf of All | § | |
| Others Similarly Situated, | § | CIV. ACTION NO. 4:17-cv-03232 |
|     Plaintiff, | § | |
| | § | |
| vs. | § | COLLECTIVE AND CLASS ACTION |
| | § | COMPLAINT |
| EOG RESOURCES, INC.; | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

Came on this date to be considered Plaintiff Marcus Qualls' Motion to Lift Stay and to Dismiss with Prejudice. The Court, having considered the Motion, finds that it has merit and should be granted. Accordingly it is.

**ORDERED** that Plaintiff's Motion to Lift Stay and to Dismiss with Prejudice is **GRANTED**, and all claims in this case are hereby **DISMISSED WITH PREJUDICE**.

All costs under 28 U.S.C. § 1920 are taxed against the party that incurred them.

all relief not expressly granted herein is **DENIED**.

SIGNED ____Feb 12____, 2019.

_____
THE HONORABLE U.S. DISTRICT JUDGE